# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No: 2:21-MJ-010-GMB |
| ) | |
| **JOSHUA MATTHEW BLACK** ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Kevin Roberts, Assistant Federal Public Defender for the Northern District of Alabama, and enters his notice on behalf of Defendant, Joshua Matthew Black, in the above-styled case.

This 20th day of January, 2021.

Respectfully submitted,

KEVIN L. BUTLER
Federal Defender

**/s/Kevin Roberts**
Kevin Roberts
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North
Birmingham, AL 35203
205-208-7170
Kevin_Roberts@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Kevin Roberts**