# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) Case No: 2:21-mj-00010 |
| | ) |
| **JOSHUA MATTHEW BLACK,** | ) |
|     Defendant. | ) |

## ORDER OF DETENTION AND FINDING OF PROBABLE CAUSE

## PROCEDURAL HISTORY

On January 14, 2021, defendant Joshua Matthew Black was arrested in this District on an arrest warrant issued from the United States District Court for the District of Columbia in connection with a Criminal Complaint charging the defendant with Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority While Carrying a Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(b), and Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 18 U.S.C. §§ 5104(e)(2).

At an initial appearance on January 14, 2021, the Office of the Federal Public Defender was appointed to represent the defendant and the government moved, pursuant to the provisions of 18 U.S.C. § 3142(f), for a hearing to determine whether the defendant should be held without bond pending trial or disposition of the charges in this action. The government contends the defendant is

both a risk of flight and danger to the community. A combined preliminary and detention hearing was held by the undersigned on January 20, 2021.  At the hearing, the government presented witness testimony, video and photographic evidence and proffered the contents of the Pretrial Services Report in support of its positions that there is probable cause to support the charges in the criminal complaint and that detention is warranted.  The defendant also submitted video evidence along with documentation from cases in other districts where counsel contends the defendants are charged with similar conduct and were allowed to remain out on bond.

## FACTS ESTABLISHED DURING HEARING

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.  On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the

2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the

Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

Investigations conducted in the aftermath of these events uncovered photographs and video of many of these individuals inside the U.S. Capitol building without the apparent authority to be there. One of the individuals captured on video and in photographs appears to be the defendant. Video and photographic evidence presented during the hearing shows the defendant on the Senate floor wearing a red hat, camouflage jacket, and yellow gloves, and appears to be bleeding from his left cheek.

Self-made YouTube videos were also entered into evidence. These videos appear to show the defendant with blood on his left cheek admitting to entering the Capitol and the Senate Chamber, explaining his reasons for doing so, that he was shot with something in his left check and to possessing a knife. Specifically, the defendant stated "Once we found out Pence turned on us and that they had stolen the election, like officially, the crowd went crazy. I mean, it became a mob. We crossed the gate." He further stated, "We just wanted to get inside the building. I wanted to get inside the building, so I could plead the blood of Jesus over it. That

was my goal." "I actually had a knife on me, but they never...I had too much clothes on, it was freezing out there, you know, so. I never, I wasn't planning on pulling it. I just carry a knife because I do. I work outside, and you need knives, you know. I just, you're not allowed to carry guns in DC and I don't like being defenseless." The defendant also states that, once inside the Capitol, he "found a little spot, and there was a glass door, and it said 'US Senate' on it. I said I need to get in there. I just felt like the spirit of God wanted me to go in the Senate room, you know. So, I was about to break the glass and I thought, no, this is our house, we don't act like that. I was tempted to, I'm not gonna lie. Cause I'm pretty upset. You know? They stole my country." "The "pissed off patriots" were there to defend the Constitution of the United States – it clearly says something – states that if the government gets as crooked as they are now, they need to be abolished or overthrown or something to that effect. So that's what I was there for. I was obeying the Constitution." "That's what I mean but once we got in there what are we going to do? We can't kill nobody I mean that ain't gonna look right it's all about PR, you know? I mean, it may come to that."

Later, describing what he did once inside the Senate Chamber, he stated, "I had accomplished my goal. I pled the blood of Jesus on the Senate floor. You know. I praised the name of Jesus on the Senate floor. That was my goal. I think

that was God's goal." "God bless America. I don't know what's coming next, but America has been stolen."

In a statement to an FBI agent, the defendant stated among other things that America was mad (the ones who are paying attention), and that the only thing that could happen now was an armed revolution. The defendant also stated that he did not want that to happen and also commented that all his guns were legal, and he did not want to kill anyone, but he did not know what would happen next. When asked why he would have to kill anyone, the defendant responded, "well I mean if they come in here trying to take our guns or trying to turn America into slavery again, I don't want to see that."

## **FINDING OF PROBABLE CAUSE AND ORDER OF DETENTION**

Based on the evidence detailed herein, there is probable cause to support the charges contained in the complaint. As to the issue of detention, the evidence as detailed herein supports that the defendant is not risk of flight but is a danger to the community. While the defendant argued he should be released because conditions can be set, that other similarly situated defendants in other districts have been released, that he has no record of violence or criminal conduct, that he did not engage in any violent acts despite possessing a knife, and that he actually tried to protect a capitol police officer from harm, his participation in the forcible unauthorized entry into this nation's capital while armed with a knife, his

statements suggesting future violent acts combined with his using God as a justification for his actions, weigh in favor of detention. Particularly concerning are his statements that the only thing that could happen now was an armed revolution, that he did not want that to happen and that all his guns were legal, and he did not want to kill anyone, but he did not know what would happen next. When asked why he would have to kill anyone, he further stated "well I mean if they come in here trying to take our guns or trying to turn America into slavery again, I don't want to see that."

Based on the Pretrial Services Report, the Government's evidence, the Defendant's evidence and all other information of record, the undersigned **FINDS** by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community. [1]Therefore, it is hereby **ORDERED** that the defendant be **DETAINED** pending resolution of the present matter.

## CONCLUSION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in

---

[1] The facts the judicial officer uses to support a finding pursuant to subsection (e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community shall be supported by clear and convincing evidence. Title 18 U.S.C. § 3142(B).

custody pending appeal. He will be afforded a reasonable opportunity for private consultation with defense counsel. On order of any court of the United States or on request from an attorney for the government, the person in charge of the corrections facility where he is being housed shall deliver the defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

   **DONE** this 26th day of January, 2021.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE